Derrick Moore
(Name)
446 Alta Rd. Suites 300
(Address)
San Diego, CA 92158
(City, State, Zip)
AMS248 #17145126
(CDCR / Booking / BOP No.)

FILED
SEP 21 2017

FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓  Pro Se ___

# United States District Court
## Southern District of California

Derrick Dwayne Moore
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Jerry R. Brown,
Kevin Faulconer,
Craig Gustafson,
County Counsel members
(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. '17CV1895 BAS WVG
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Derrick Moore (print Plaintiff's name), who presently resides at George Bailey Facility 446 Alta Rd. Suite 5300 SD, CA. (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at George Bailey facility (institution/place where violation occurred) on (dates) 8-1-17 (Count 1), 8-3-17 (Count 2), and 8-21-17 (Count 3).

§ 1983 SD Form
(Rev. 8/15)

## 2. Defendants:

William D. Gore, B. Lee Captian B. Duke, Lt. Lewis, Lt Horan, Lt. Bavencoff, Lt. Buchanan, Sgt Sallvia, Sgt Moore, Sgt. Castro, Deputies, Tillman, Brito, 3554, Iverson, Sgt. Kurz, Alvarez, 4043, 3891, and G.B.D.F. Counseling personnel Jackson, Jenny, Kay, Jessica, Patricia, and Counselor Jen.

Moore to wanton cruelty and disckriminatory treatment by said official officers of the law.

## E. Request for Relief.

Against Moore 17145126 for excuseing his Rights to file a Grievence or complaint against staff. And provide Adequate Health care services for Medical/Mental Health Issuses.

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>See Attached page</u> resides in <u>County of San Diego</u>
(name) (County of residence)
and is employed as a <u>Sheriff</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>While official officers of the law, these elected officials, not only deprived MOORE of some necessities of life, but also subject</u>

Defendant <u>Jerry R. Brown</u> resides in <u>County of San Diego</u>
(name) (County of residence)
and is employed as a <u>Govenor of Calif.</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>failure to properly train or supervise subordinants while performing their official duties as official officer of the law.</u>

Defendant <u>Kevin Faulconer</u> resides in <u>County of San Diego</u>
(name) (County of residence)
and is employed as a <u>Mayor of County</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>failure to Adequately supervise subordinants, while performing their official duties as official officers of the law.</u>

Defendant <u>Graig Grustafson</u> resides in <u>County of San Diego</u>
(name) (County of residence)
and is employed as a <u>Mayor's Assistance</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>failure to Adequately supervise subordinants, while performing their official duties as official officers of the law.</u>

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: U.S. Constitution's Eighth Amendment

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 8-3-17 Moore 17145126 ask Deputy to help fill out canteen slips. dep. said no. Moore then ask Sgt Moore to help. Sgt Moore stated NO, It's not their Job. Ask a Inmate to help. this is Sgt. Moore answer to Prisoner Moore Greivance. Moore 17145126 ask a Inmate for help. The inmate charge Moore $30.00 to $34.00 for his help. Because staff refused to help. Now inmate are pressuring Moore to give up canteen Items. This act was intentionally caused by San Diego County Personnel's failure to be careful in performing his legal obligation or duty owed to Moore while under the custodial care of the County of San Diego Jail.

§ 1983 SD Form
(Rev. 8/15)

3

Count 2: The following civil right has been violated: U.S. Constitution's Sixth and Eighth Amendment Right.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

Due to said incident, and other discriminatory treatment by the County of San Diego personnel MOORE has submitted numerous grievances and complaints against staff that has not been answered at all, or in a timely manner according to jail procedures. Due to MOORE excersizing his right to file a grievance/complaint against staff, staff has subject MOORE to wanton cruelty and maltreatment. MOORE 17145126, Requested on 8-27-17, 9-3-17, 9-11-17 and 9-15-17 to physically atten the Law library to protect his unalienable Rights, and the County of San Diego personnel not only impeded his progress to start or maintain a Civil Rights Complaint, but also deprived him of his Right for equal treatment. This effectively deprives victims of their Constitutional Right.

§ 1983 SD Form
(Rev. 8/15)

4

Count 3: The following civil right has been violated: U.S. Constitution's 6th, 8th, 13th, and 14th Amendment Rights.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.] It has been determined by Mental Health and Medical Staff that Derrick Moore AM5248 is developmentally disabled and has participate in the (DDP) Program or Clark Program. The County of San Diego personnel have first hand knowledge of said Disabilities. But this is not about knowledge or ignorances, but about obedient and disobedient. Due to the County of San Diego personnel lack of obedient for the official oath they took and federal and state law, while acting under color of state law, allow the walls of cultural differences to separate, while allowing their status, as Sheriff's Abuse their Authority over black inmates (as slaves). Sheriff's constituents are poorly served by their lack of professionalism, poorly qualified, disorganized poor at inmate relations, unethical and Dishonorable for taking Advantage of a disadvantage inmate with a Development Disability.

§ 1983 SD Form
(Rev. 8/15)

5

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: DERRICK MOORE K-65130
Defendants: County of San Diego personnel
(b) Name of the court and docket number: Not sure, but CV-L-00, I filed with this Court in like 2011-2012
(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] I'm not sure, but can you let Moore know the status.
(d) Issues raised: Failure to summon medical care when there is, or should be, knowledge of a need for immediate medical care. In Vista County Jail Detention Facility

(e) Approximate date case was filed: On or about 10-11-2012
(f) Approximate date of disposition: On or about 04-13-2013

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

I sought relief through numerous grievances and complaints against staff and even filed with the Internal Affairs Unit, to no avail and no relief as of today, 9-18-17.

§ 1983 SD Form
(Rev. 8/15)

6

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from continue to deprive Moore of the Help he needs, showing deliberate indifference, provide equal treatment, reasonable Accommodation and stop Retaliating (see Attached Sheet.

2. Damages in the sum of $ Unlimited Civil Claim

3. Punitive damages in the sum of $ Unlimited Civil Claim

4. Other: _____

### F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

9-19-17
Date

Derrick Moore
Signature of Plaintiff

Derrick MOORE 17145126
446 Alta Rd. Suite S300
San Diego, CA 92158

SAN DIEGO CA 920
20 SEP 2017 PM 3 L

~~ATTN:~~
Clerk of U.S. District Court
333 West Broadway, Suite 420
San Dieg, CA 92101

~~ATTN:~~
Legal Mail / Confidential Mail

92101$3606 6037

SEP 21 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

ATTN: Legal Mail / Confidential Mail

FM 0309